IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

BOARD OF TRUSTEES, SHEET )
METAL WORKERS' NATIONAL )
PENSION FUND, et al. )
 )
    Plaintiffs, )
 )
v. ) Civil Action No. 1:12-cv-1026
 )
NORTH PARK HEATING )
COMPANY, INC., )
 )
    Defendant. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated January 15, 2013, in response to Plaintiffs' Motion for Default Judgment. Plaintiffs are the the separate and individual Boards of Trustees of the Sheet Metal Workers' National Pension Fund ("NPF"), the International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI"), the National Energy Management Institute Committee ("NEMIC"), and the Sheet Metal Occupational Health Institute Trust Fund ("SMOHIT"), (collectively "Plaintiffs"). Defendant has not filed an objection, and the time for filing such an objection has lapsed. Based on a de novo review of the evidence in this case, this Court affirms the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered against Defendant North Park Heating Company, Inc., and in favor of Plaintiffs; and it is

FURTHER ORDERED that judgment is entered in favor of Plaintiffs in the amount of **$21,776.43**, including contributions, interest through December 18, 2012, liquidated damages, late fees, legal fees and costs, and audit costs in the amounts shown below:

| Plaintiff | Contributions | Interest through 12/18/2012 | Liquidated Damages | Late Fees | Costs, Attorney's Fees and Audit Costs | Total |
|---|---|---|---|---|---|---|
| NPF | $12,420.14 | $1,020.10 | $2,483.89 | $678.53 | $2,709.64 $671.64 | $19,983.94 |
| ITI | $946.86 | $81.65 | $189.24 | $47.91 | $0 | $1,265.66 |
| SMOHIT | $157.70 | $13.61 | $31.38 | $7.95 | $0 | $210.64 |
| NEMIC | $236.61 | $20.40 | $47.22 | $11.96 | $0 | $316.19 |
| Total | $13,761.31 | $1,135.76 | $2,751.73 | $746.35 | $3,381.28 | **$21,776.43** |

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
February 13, 2013